[No. 37614-4-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DEAN EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06431-9, Richard A. Jones, J., entered October 6, 1995. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 38456-2-I.    Division One.    April 20, 1998.]

MICHAEL VERANTH, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04157-4, Marsha J. Pechman, J., entered February 29, 1996. *Reversed* by unpublished per curiam opinion. Now published at 91 Wn. App. 339.

[No. 38831-2-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAELENE CONSTANCE HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07080-5, Laura C. Inveen, J., entered April 12, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 39047-3-I.    Division One.    April 20, 1998.]

DEBORAH E. COX, ET AL., *Respondents*, v. LYNN M. SPANGLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-07454-1, Brian M. Tollefson, J., entered May 17, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Agid, J.; Becker, J., dissenting.